**FILED**

Oct 31 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF MALKIAT SINGH | Case No. 4:22-mj-71132-MAG<br><br>ORDER TO DISMISS EXTRADITION COMPLAINT |

Based on the United States' motion, and good cause shown, the Court dismisses the United States' extradition complaint against Malkiat Singh. Further, the Court vacates the briefing schedule and extradition hearing set for December 18, 2024, and cancels any conditions of Mr. Singh's bond.

IT IS SO ORDERED.

DATED: October 31, 2024

HON. KANDIS A. WESTMORE
U.S. Magistrate Judge